**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANA BENABOU,

Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, et al.,

Defendants.

No. 2:25-cv-6467-AB (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that this case is DISMISSED, without prejudice, for failure to prosecute and failure to comply with Court orders.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record.

IT IS SO ORDERED.

DATED: September 17, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE