JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANA BENABOU,

Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, et al.,

Defendants.

No. 2:25-cv-6467-AB (DSR)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned matter is dismissed, without prejudice, for failure to prosecute and failure to comply with Court orders. The Order constitutes final disposition of the case by the Court.

DATED: September 17, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE